| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-2283270** |

| 4. Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|
| | **500 N. McCarran Blvd**<br>**Sparks, NV 89431**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | **Washoe**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.**        Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.**                    Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.**   Case number (*if known*) _____
   Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 27, 2021**
MM / DD / YYYY

X  **/s/ Jerry Greiner**                              **Jerry Greiner**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ STEPHEN R. HARRIS**                          Date  **October 27, 2021**
Signature of attorney for debtor                             MM / DD / YYYY

**STEPHEN R. HARRIS**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**6151 LAKESIDE DRIVE**
**SUITE 2100**
**Reno, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone  **775-786-7600**         Email address  **steve@harrislawreno.com**

**001463 NV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 27, 2021**   X **/s/ Jerry Greiner**
Signature of individual signing on behalf of debtor

**Jerry Greiner**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ACS SILVER STATE PLAZA LLC** 360 Pine Street, Suite 800 Beaumont, TX 77701 | | Rent/Lease Payment | | | | $24,635.91 |
| **DENNY HUBBARD** Entrust Group 555 12th Street, Suite 1250 Oakland, CA 94607 | | Money Loaned | | | | $110,196.00 |
| **NEVADA DEPARTMENT OF TAXATION** Bankrupty Division 4600 Kietzke Lane, Bldg. L, Room 235 Reno, NV 89502 | | Taxes owing | | | | $5,191.53 |
| **NEVADA DEPARTMENT OF TAXATION** Bankrupty Division 4600 Kietzke Lane, Bldg. L, Room 235 Reno, NV 89502 | | Taxes owing | | | | $3,269.57 |
| **U.S. SMALL BUSINESS ADMINISTRATION** Processing & Disbursement Center 14925 Kingsport Road Fort Worth, TX 76155 | | Money Loaned | | | | $149,000.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

| Debtor | **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WM RECYCLE AMERICA, LLC**<br>**c/o Mark G. Simons, Esq.**<br>**6490 S. McCarran Blvd Suite F-46**<br>**Reno, NV 89509** | | **Judgment** | | | | **$2,340,149.60** |

# United States Bankruptcy Court
## District of Nevada

In re: **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.**  Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dave Bray<br>1532 Holbrook Bluffs Ct.<br>Wellington, NV 89444 | | 15% | Shareholder |
| James Connors<br>3202 Chablis Court<br>Pleasanton, CA 94566 | | 15% | Shareholder |
| Jerry Greiner<br>7828 Foothill Knolls<br>Pleasanton, CA 94588 | | 10% | Shareholder |
| Kyle Jacobsen<br>9265 W. Russell Rd.<br>#A353<br>Las Vegas, NV 89148 | | 15% | Shareholder |
| Paul Rupf<br>13501 Water Gap Road<br>Williams, OR 97544 | | 15% | Shareholder |
| Unallocated Interest | | 25% | Shareholder |
| William and Rochelle Reisen<br>3000 Cabrillo Ave.<br>San Ramon, CA 94583 | | 5% | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 27, 2021**

Signature **/s/ Jerry Greiner**  
**Jerry Greiner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Nevada

In re    **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.**      Case No.           

                                                           Debtor(s)      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 27, 2021**          **/s/ Jerry Greiner**
                                                     **Jerry Greiner**/**President**
                                                     Signer/Title

```
ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.
500 N. MCCARRAN BLVD
SPARKS, NV 89431

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

ACS SILVER STATE PLAZA LLC
360 PINE STREET, SUITE 800
BEAUMONT, TX 77701

DAVE BRAY
1532 HOLBROOK BLUFFS CT.
WELLINGTON, NV 89444

DENNY HUBBARD
ENTRUST GROUP
555 12TH STREET, SUITE 1250
OAKLAND, CA 94607

JAMES CONNORS
3202 CHABLIS COURT
PLEASANTON, CA 94566

JERRY GREINER
7828 FOOTHILL KNOLLS
PLEASANTON, CA 94588
```

```
KYLE JACOBSEN
9265 W. RUSSELL RD.
#A353
LAS VEGAS, NV 89148

NEVADA DEPARTMENT OF TAXATION
Acct No xxx xx/xxxx xxxxs Tax
BANKRUPTY DIVISION
4600 KIETZKE LANE, BLDG. L, ROOM 235
RENO, NV 89502

NEVADA DEPARTMENT OF TAXATION
Acct No xxx xx/xxxx xxxxs Tax
BANKRUPTY DIVISION
4600 KIETZKE LANE, BLDG. L, ROOM 235
RENO, NV 89502

PAUL RUPF
13501 WATER GAP ROAD
WILLIAMS, OR 97544

U.S. SMALL BUSINESS ADMINISTRATION
PROCESSING & DISBURSEMENT CENTER
14925 KINGSPORT ROAD
FORT WORTH, TX 76155

UNALLOCATED INTEREST


WILLIAM AND ROCHELLE REISEN
3000 CABRILLO AVE.
SAN RAMON, CA 94583

WM RECYCLE AMERICA, LLC
C/O MARK G. SIMONS, ESQ.
     6490 S. MCCARRAN BLVD SUITE F-46
        RENO, NV 89509
```

# United States Bankruptcy Court
## District of Nevada

In re   **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.**        Case No.
                                           Debtor(s)                    Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 27, 2021** | **/s/ STEPHEN R. HARRIS** |
| Date | **STEPHEN R. HARRIS** |
| | Signature of Attorney or Litigant |
| | Counsel for   **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.** |
| | **HARRIS LAW PRACTICE LLC** |
| | **6151 LAKESIDE DRIVE** |
| | **SUITE 2100** |
| | **Reno, NV 89511** |
| | **775-786-7600 Fax:775-786-7764** |
| | **steve@harrislawreno.com** |

**United States Bankruptcy Court**
**District of Nevada**

In re   **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.**          Case No.
                                                        Debtor(s)         Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jerry Greiner**, declare under penalty of perjury that I am the **President** of **ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **19th** day of **October**, 20 **21**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jerry Greiner**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jerry Greiner**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jerry Greiner**, **President** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date  **October 20, 2021**                        Signed  **/s/ Jerry Greiner**
                                                          **Jerry Greiner**

Resolution of Board of Directors
of
**ACTION HOME APPLIANCE LIQUIDATION CENTER NEVADA INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jerry Greiner**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jerry Greiner**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jerry Greiner**, **President** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date  **October 20, 2021**                                Signed  **/s/ Jerry Greiner**

Date  **October 20, 2021**                                Signed  _____